# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBER HELZER, )<br>　　　Plaintiff, )<br>v. )<br>　 )<br>STATE FARM MUTUAL )<br>AUTOMOBILE INSURANCE )<br>COMPANY, )<br>　　　Defendant. ) | Case No. CIV-14-1203-HE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiff dismisses this matter with prejudice. All claims have been fully resolved by way of compromise settlement, with each party to bear its own costs and attorney's fees.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　s/Randall K. Calvert
　　　　　　　　　　　　　　　　　　Randall K. Calvert, OBA #14154
　　　　　　　　　　　　　　　　　　Rabindranath Ramana, OBA #12045
　　　　　　　　　　　　　　　　　　CALVERT LAW FIRM
　　　　　　　　　　　　　　　　　　1041 NW Grand Boulevard
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73118
　　　　　　　　　　　　　　　　　　Telephone: (405) 848-5000
　　　　　　　　　　　　　　　　　　Email: rcalvert@calvertlaw.com
　　　　　　　　　　　　　　　　　　　　　　rramana@calvertlaw.com

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　Robert Ylla, OBA #17730
　　　　　　　　　　　　　　　　　　WEST & ASSOCIATES
　　　　　　　　　　　　　　　　　　1500 SW 104th Street, Suite 102
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73159
　　　　　　　　　　　　　　　　　　Telephone: (405) 378-8132
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

        s/Joseph T. Acquaviva, Jr.
(Signed by filing attorney with permission of Attorney)
Joseph T. Acquaviva, Jr., OBA #11743
Elizabeth A. Snowden, OBA #22721
WILSON, CAIN & ACQUAVIVA
300 NW 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile:  (405) 231-0062
Email: JTAcqua@aol.com
      beths@wcalaw.com
*Attorneys for Defendant*

X:\Data\LIT\West\Helzer v State Farm\Pldgs\Stip-Dismissal.wpd